**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   5:15-EDCV-01669-VAP-DTB                    Date: October 29, 2015

Title:   LUIS ALEXANDRO SHALABI -v- CITY OF FONTANA, ET AL.
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

  Marva Dillard                              None Present
  Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR              ATTORNEYS PRESENT FOR
PLAINTIFFS:                         DEFENDANTS:

  None                                       None

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

   On August 19, 2015, Defendant City of Fontana ("Defendant") removed this action from the California Superior Court for the County of San Bernardino, alleging federal question jurisdiction, and civil rights removal jurisdiction.  (See Not. of Removal (Doc. No. 1).)  For the reasons expressed below, the Court REMANDS this action to the California Superior Court for the County of San Bernardino.

   Removal jurisdiction is governed by statute.  See 28 U.S.C. §1441.  The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring "the defendant always has the burden of establishing that removal is proper."  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citing Nishimoto v. Federman-Bachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990)); see also In re Ford Motor Co./Citibank, 264 F.3d 952, 957 (9th Cir. 2001) ("The party asserting federal

5:15-EDCV-01669-VAP-DTB
LUIS ALEXANDRO SHALABI v. CITY OF FONTANA, ET AL.
MINUTE ORDER of October 29, 2015

jurisdiction bears the burden of proving the case is properly in federal court."). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c); FW/PBS, Inc. v. Dallas, 493 U.S. 215, 231 (1990) ("federal courts are under an independent obligation to examine their own jurisdiction"); see also Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.")

Defendant asserts that federal question jurisdiction exists in this case under 28 U.S.C. § 1331, because the case arises under the United States Constitution, specifically the First, Fourth, and Fourteenth Amendments, as well as 42 U.S.C. § 1983. (See Not. of Removal at 2.) Section 1331 confers jurisdiction over "civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

Defendants then filed a Motion to Dismiss and/or Strike portions of Plaintiff's Seconded Amended Complaint, including all references to the First and Fourth Amendments. (See Doc. No. 11, 18.) Plaintiff, in his response, sought leave to remove the references to the Amendments. (Doc No. 19.)

This Court previously found Plaintiff did not have standing to assert a Section 1983 cause of action under the Fourteenth Amendment. See Shalabi v. City of Fontana, EDCV 12-02152, Doc. No. 27, Minute Order Granting Defendants' Motion to Dismiss (July 1, 2013). In that same Order, the Court also found Plaintiff did not have standing under the Fourth Amendment. Id. Plaintiff's Section 1983 Claim was thus dismissed with prejudice. Id. Therefore, there are no federal questions in this action.

As no proper basis for removal exists, the Court lacks subject-matter jurisdiction and REMANDS this matter to the California Superior Court for the County of San Bernardino.

Defendants are cautioned that filing frivolous removals may subject them to monetary sanctions under Rule 11 of the Federal Rules of Civil Procedure as well as the payment of "just costs and any actual expenses, including attorney fees,

5:15-EDCV-01669-VAP-DTB
LUIS ALEXANDRO SHALABI v. CITY OF FONTANA, ET AL.
MINUTE ORDER of October 29, 2015

incurred as a result of the removal." 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**